UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| BRETT PANKEY, | Case No. 2:17-cv-00164-RSM |
|---|---|
| Plaintiff, | IN ADMIRALTY |
| vs. | |
| DOMINATOR FISHERIES, LLC, in pesonam; the F/V DOMINATOR, Official Number 1246391, her engines, machinery, appurtenances and cargo, in rem, | ORDER ALLOWING ADDITIONAL TIME IN WHICH PLAINTIFF IS TO SERVE PROCESS ON THE IN PERSONAM DEFENDANT |
| Defendants. | |

THE COURT, having heard plaintiff's ex parte motion for additional time in which to effect service of process pursuant to FRCP 4(m); having reviewed the entirety of the files herein and being fully apprised in the premises; it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiff has until August 11, 2017, in which to effect service of process on the in personam defendant in this action.

DONE this 9th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ALLOWING ADDITIONAL TIME IN WHICH PLAINTIFF IS TO SERVE PROCESS ON THE IN PERSONAM DEFENDANT - 1
CASE NO. 2:17-cv-00164-RSM

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012