1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8  BRETT PANKEY,

9                    Plaintiff,              CASE NO. 2:17-cv-164-BAT

10       v.                                  **ORDER DIRECTING
                                             DEFENDANTS TO FILE ANSWER
11  DOMINATOR FISHERIES LLC, *in             OR RESPONSIVE PLEADING**
    personam* and F/V ISLE DOMINATOR
12  (Official Number 1246391), *in rem,*

13                    Defendants.

14        Plaintiff Brett Pankey filed a complaint in admiralty, *in personam* and *in rem* for wages

15  and punitive damages.  Dkt. 1.  Notices of appearance "solely for the limited purposes of

16  contesting" [subject matter and personal] jurisdiction, venue, sufficiency of process and service

17  of process, and failure to state a claim, were entered on behalf of Defendants Dominator

18  Fisheries LLC and F/V Isle Dominator on June 15, 2017 and September 4, 2017.  Dkts. 10 and

19  11.[1]  On September 20, 2017, the Honorable Marsha J. Pechman reassigned this case to the

20  undersigned based on the parties' consent to proceed before a United States Magistrate Judge

21  pursuant to 28 U.S.C. § 636(c).  Dkts. 14 and 15.

22

23  _____

[1] Also pending, but not yet ripe for consideration, is Plaintiff's motion to recoup expenses and
fees relating to service.  Dkt. 13.

ORDER DIRECTING DEFENDANTS TO
FILE ANSWER OR RESPONSIVE
PLEADING - 1

1          In their Joint Status Report, the parties identified "defendants' challenge to jurisdiction

2   /venue" as the only complexity in moving this case forward.  Dkt. 14.  To date, no answer or

3   responsive pleading has been filed.  The Court sees no purpose in issuing a scheduling order if in

4   fact, jurisdiction or venue are not proper in this district.  Therefore, it is **ORDERED:**

5          1.      Defendants shall file an answer or responsive pleading **by October 4, 2017.**  If

6   Defendants choose to file a motion to dismiss in lieu of an answer, they shall note the motion for

7   hearing for the fourth Friday after filing and service of the motion pursuant to Local Rule

8   7(d)(3).  Any opposition papers shall be filed and served no later than the Monday before the

9   noting date.  Any reply papers shall be filed and served no later than the noting date.

10          2.      The Clerk shall send a copy of this Order to the parties.

11          DATED this 21st day of September, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge